UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:12-CV-560-ORL-22KRS

BELLEAIR EAST HCC, LLC d/b/a BELLEAIR
HEALTH CARE CENTER; CENTRE POINTE
HRC, LLC d/b/a CENTRE POINTE
HEALTH & REHABILITATION CENTER;
CONWAY LAKES NC, LLC d/b/a CONWAY
LAKES REHABILITATION CENTER; DEEP
CREEK RNC, LLC d/b/a PORT CHARLOTTE
REHABILITATION CENTER; EAST BAY NC, LLC
d/b/a EAST BAY NURSING CENTER; MELBOURNE
TERRACE RCC, LLC d/b/a MELBOURNE
TERRACE REHABILITATION CENTER; and
SPRING LAKE NC, LLC d/b/a SPRING LAKE
REHABILITATION CENTER,

   Plaintiffs,

v.

OMNICARE, INC. and OMNICARE PHARMACY OF
FLORIDA, LP,

   Defendants.
_____/

## NOTICE OF FILING

Plaintiffs, BELLEAIR EAST HCC, LLC d/b/a BELLEAIR HEALTH CARE CENTER; CENTRE POINTE HRC, LLC d/b/a CENTRE POINTE HEALTH & REHABILITATION CENTER; CONWAY LAKES NC, LLC d/b/a CONWAY LAKES REHABILITATION CENTER; DEEP CREEK RNC, LLC d/b/a PORT CHARLOTTE REHABILITATION CENTER; EAST BAY NC, LLC d/b/a EAST BAY NURSING CENTER; MELBOURNE TERRACE RCC, LLC d/b/a MELBOURNE TERRACE

REHABILITATION CENTER; and SPRING LAKE NC, LLC d/b/a SPRING LAKE REHABILITATION CENTER, by and through their undersigned counsel, hereby serves this, their Notice of Filing Return of Service to Omnicare, Inc., in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed with the United States District Court, Middle District of Florida, this 17th day of August, 2012.

> JANICE L. MERRILL
> Florida Bar No.: 0124257
> Jlmerrill@mdwcg.com
> CHANEL A. MOSLEY
> Florida Bar No.: 0070045
> camosley@mdwcg.com
> MARSHALL, DENNEHEY, WARNER,
> COLEMAN, & GOGGIN
> A Professional Corporation
> Landmark Center One
> 315 E. Robinson Street, Suite 550
> Orlando, FL 32801-2719
> Telephone:  407-420-4380
> Telecopier:  407-839-3008
> Attorney for Plaintiffs

21/483921.v1

**RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:12-CV-560-ORL-22KRS

Plaintiffs:
**BELLEAIR EAST HCC, LLC d/b/a BELLEAIR HEALTH CARE CENTER, CENTRE POINTE HRC, LLC d/b/a CENTRE POINTE HEALTH & REHABILTATION CENTER, et al.**

vs.

Defendants:
**OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP**

For:
Janice Merrill
Marshall, Dennehey, Warner, Coleman & Goggin
315 E. Robinson St.
Suite 550
Orlando, FL  32801

Received by ProServe USA, Inc. on the 9th day of August, 2012 at 2:54 pm to be served on **Omnicare, Inc. c/o Corporation Service Company, as Registered Agent, 1201 Hays St., Tallahassee, FL 32301.**

I, Michael C. Nolan, do hereby affirm that on the **10th day of August, 2012** at **9:10 am**, I:

served by delivering a true copy of the **20-Day Summons in a Civil Action, Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Joyce Markley** as **Operations Specialist for Registered Agent** for Omnicare, Inc. c/o Corporation Service Company, as Registered Agent at the address of 1201 Hays Street, Tallahassee, Florida 32301, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 50,  Sex: F,  Race/Skin Color: White,  Height: 5' 6",  Weight: 165,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Michael C. Nolan
Certified Process Server, #111

ProServe USA, Inc.
**501 North Magnolia Avenue
Orlando, FL 32801
(407) 872-0707**

Our Job Serial Number: PSV-2012007481
Ref: 2012007481