**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC, SPRING LAKE NC, LLC,**

        **Plaintiffs,**

-vs-                                              Case No. 6:12-cv-560-Orl-22KRS

**OMNICARE, INC., OMNICARE PHARMACY OF FLORIDA, LP,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **OMNICARE'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT (Doc. No. 13)**
>
> **FILED:** **August 29, 2012**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendants shall have up to and including September 20, 2012 within which to respond to the Complaint.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2012.

                            *Karla R. Spaulding*
                          KARLA R. SPAULDING
              UNITED STATES MAGISTRATE JUDGE