# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC and SPRING LAKE NC, LLC,**

                **Plaintiffs,**

**v.**                                                **Case No:  6:12-cv-560-Orl-22KRS**

**OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP,**

                **Defendants.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

   **X**   **IS**       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        Omnicare Pharmacy of Florida, L.P. vs. Clear Choice Health Care, LLC,

        Case No. 12-004601-CI-021, Circuit Court for Pinellas Country, Florida

        _____

        _____

       **IS NOT**   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
September 13, 2012

Respectfully submitted,

**KASOWITZ, BENSON, TORRES**
**& FRIEDMAN LLP**

The Four Season Tower

1441 Brickell Avenue, Suite 1420

Miami, Florida  33131

Telephone:  (305) 377-1666

Facsimile:  (305) 377-1664


By:   s/Scott B. Cosgrove

Scott B. Cosgrove

Florida Bar No. 0161365

scosgrove@kasowitz.com