# COMPOSITE EXHIBIT B



# SHUTTS & BOWEN LLP

ROBIN H. LEAVENGOOD
Member Florida Bar
(813) 227-8115 Direct Telephone
(813) 227-8215 Direct Facsimile

E-MAIL ADDRESS:
RLeavengood@shutts.com

July 9, 2010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Belleair East HCC, LLC d/b/a
Bellair Health Care Center
1150 Ponce de Leon Boulevard
Clearwater, Florida 34616
Attn: Administrator

Re: Omnicare Pharmacy of Florida, LP / Belleair East HCC, LLC
Matter No.: 25963-0618

Dear Administrator:

This law firm represents Omnicare Pharmacy of Florida, LP d/b/a Omnicare of Tampa, successor by merger to Badger Acquisition of Tampa, LLC d/b/a Bay Pharmacy (the "Pharmacy"), in relation to a debt owed by Belleiar East HCC, LLC d/b/a Belleair Healthcare Center f/k/a Belleair East Healthcare Center (the "Facility"), as a result of non-payment for pharmaceutical goods and services in the amount of $238,373.62.

If payment in full of $238,373.62 is not received within ten (10) days of the date of this letter, the Pharmacy will have no choice but to initiate litigation. Should the Pharmacy initiate litigation, be aware that its claims are not limited to the above-referenced amount and may include claims for interest, costs, attorneys' fees, and all other appropriate remedies available under applicable law. This does not constitute a full exposition of the Pharmacy's claims and is without limitation. All rights are expressly reserved.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

Robin H. Leavengood

cc: Richard Richow (*via e-mail*)
JoAnn Billman (*via e-mail*)

TPADOCS 18704610 1

100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM



# SHUTTS & BOWEN LLP

ROBIN H. LEAVENGOOD
Member Florida Bar
(813) 227-8115 Direct Telephone
(813) 227-8215 Direct Facsimile

E-MAIL ADDRESS:
RLeavengood@shutts.com

July 9, 2010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Centre Pointe HRC, LLC d/b/a
Centre Pointe Health and Rehab Center
2255 Centerville Road
Tallahassee, FL 32308
Attn: Administrator

Re: Omnicare Pharmacy of Florida, LP / Centre Pointe HRC, LLC d/b/a Centre Pointe Health and Rehab Center
Matter No.: 25963-0618

Dear Administrator:

This law firm represents Omnicare Pharmacy of Florida, LP d/b/a Omnicare of Panama City (the "Pharmacy"), in relation to a debt owed by Centre Pointe HRC, LLC d/b/a Centre Pointe Health and Rehab Center (the "Facility"), as a result of non-payment for pharmaceutical goods and services in the amount of $335,811.19.

If payment in full of $335,811.19 is not received within ten (10) days of the date of this letter, the Pharmacy will have no choice but to initiate litigation. Should the Pharmacy initiate litigation, be aware that its claims are not limited to the above-referenced amount and may include claims for interest, costs, attorneys' fees, and all other appropriate remedies available under applicable law. This does not constitute a full exposition of the Pharmacy's claims and is without limitation. All rights are expressly reserved.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

Robin H. Leavengood

cc: Richard Richow (*via e-mail*)
JoAnn Billman (*via e-mail*)

TPADOCS 18704660 1

100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM



# SHUTTS & BOWEN LLP

ROBIN H. LEAVENGOOD
Member Florida Bar
(813) 227-8115 Direct Telephone
(813) 227-8215 Direct Facsimile

E-MAIL ADDRESS:
RLeavengood@shutts.com

July 9, 2010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Conway Lakes NC, LLC d/b/a
Conway Lakes Health & Rehabilitation Center
5201 Curryford Road
Orlando, FL 32812
Attn: Administrator

    Re:    **Omnicare Pharmacy of Florida, LP / Conway Lakes NC, LLC d/b/a**
            **Conway Lakes Health & Rehabilitation Center**
            **Matter No.: 25963-0618**

Dear Administrator:

    This law firm represents Omnicare Pharmacy of Florida, LP d/b/a Omnicare of Central Florida f/k/a Compass/APS Longwood (the "Pharmacy"), in relation to a debt owed by Conway Lakes NC, LLC d/b/a Conway Lakes Health & Rehabilitation Center (successor to MHC/CSI Florida, Inc. d/b/a Mariner Health of Conway Lakes) (the "Facility"), as a result of non-payment for pharmaceutical goods and services in the amount of $327,011.42.

    If payment in full of $327,011.42 is not received within ten (10) days of the date of this letter, the Pharmacy will have no choice but to initiate litigation. Should the Pharmacy initiate litigation, be aware that its claims are not limited to the above-referenced amount and may include claims for interest, costs, attorneys' fees, and all other appropriate remedies available under applicable law. This does not constitute a full exposition of the Pharmacy's claims and is without limitation. All rights are expressly reserved.

    PLEASE GOVERN YOURSELVES ACCORDINGLY.

                                  Sincerely,

                                  Robin H. Leavengood

cc:    Richard Richow (*via e-mail*)
       JoAnn Billman (*via e-mail*)

TPADOCS 18704665 1

100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM



# SHUTTS & BOWEN LLP

ROBIN H. LEAVENGOOD
Member Florida Bar
(813) 227-8115 Direct Telephone
(813) 227-8215 Direct Facsimile

E-MAIL ADDRESS:
RLeavengood@shutts.com

July 9, 2010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Deep Creek RNC, LLC d/b/a Port Charlotte Rehabilitation Center
f/k/a Deep Creek Rehab and Nursing Center
25325 Rampart Boulevard
Port Charlotte, FL 33983
Attn: Administrator

Re:  Omnicare Pharmacy of Florida, LP / Deep Creek RNC, LLC d/b/a Port Charlotte Rehabilitation Center f/k/a Deep Creek Rehab and Nursing Center
Matter No.: 25963-0618

Dear Administrator:

This law firm represents Omnicare Pharmacy of Florida, LP d/b/a Omnicare of Tampa, successor by merger to Badger Acquisition of Tampa, LLC d/b/a Bay Pharmacy (the "Pharmacy"), in relation to a debt owed by Deep Creek RNC, LLC d/b/a Port Charlotte Rehabilitation Center f/k/a Deep Creek Rehab and Nursing Center (the "Facility"), as a result of non-payment for pharmaceutical goods and services in the amount of $367,280.71.

If payment in full of $367,280.71 is not received within ten (10) days of the date of this letter, the Pharmacy will have no choice but to initiate litigation. Should the Pharmacy initiate litigation, be aware that its claims are not limited to the above-referenced amount and may include claims for interest, costs, attorneys' fees, and all other appropriate remedies available under applicable law. This does not constitute a full exposition of the Pharmacy's claims and is without limitation. All rights are expressly reserved.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

Robin H. Leavengood

cc:  Richard Richow (*via e-mail*)
     JoAnn Billman (*via e-mail*)

TPADOCS 18704667 1

100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM



# SHUTTS & BOWEN LLP

ROBIN H. LEAVENGOOD
Member Florida Bar
(813) 227-8115 Direct Telephone
(813) 227-8215 Direct Facsimile

E-MAIL ADDRESS:
RLeavengood@shutts.com

July 9, 2010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

East Bay NC, LLC d/b/a East Bay Nursing Center
4470 East Bay Drive
Clearwater, FL 33764
Attn: Administrator

Re:   Omnicare Pharmacy of Florida, LP / East Bay NC, LLC d/b/a
      East Bay Nursing Center
      Matter No.: 25963-0618

Dear Administrator:

This law firm represents Omnicare Pharmacy of Florida, LP d/b/a Omnicare of Tampa, successor by merger to Badger Acquisition of Tampa, LLC d/b/a Bay Pharmacy (the "Pharmacy"), in relation to a debt owed by East Bay NC, LLC d/b/a East Bay Nursing Center (the "Facility"), as a result of non-payment for pharmaceutical goods and services in the amount of $263,295.30.

If payment in full of $263,295.30 is not received within ten (10) days of the date of this letter, the Pharmacy will have no choice but to initiate litigation. Should the Pharmacy initiate litigation, be aware that its claims are not limited to the above-referenced amount and may include claims for interest, costs, attorneys' fees, and all other appropriate remedies available under applicable law. This does not constitute a full exposition of the Pharmacy's claims and is without limitation. All rights are expressly reserved.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

*/s/ Robin H. Leavengood*

Robin H. Leavengood

cc:   Richard Richow (*via e-mail*)
      JoAnn Billman (*via e-mail*)

TPADOCS 18704669 1

100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM



# SHUTTS & BOWEN LLP

ROBIN H. LEAVENGOOD
Member Florida Bar
(813) 227-8115 Direct Telephone
(813) 227-8215 Direct Facsimile

E-MAIL ADDRESS:
RLeavengood@shutts.com

July 9, 2010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Melbourne Terrace RCC, LLC d/b/a Melbourne
Terrace Rehabilitation Center
251 Florida Avenue
Melbourne, FL 32901
Attn: Administrator

Re: Omnicare Pharmacy of Florida, LP / Melbourne Terrace RCC, LLC d/b/a Melbourne Terrace Rehabilitation Center f/k/a Melbourne Terrace Restorative Care Center
Matter No.: 25963-0618

Dear Administrator:

This law firm represents Omnicare Pharmacy of Florida, LP d/b/a Omnicare of Central Florida, successor by merger to Badger Acquisition of Tampa, LLC d/b/a Bay Pharmacy (the "Pharmacy"), in relation to a debt owed by Melbourne Terrace RCC, LLC d/b/a Melbourne Terrace Rehabilitation Center f/k/a Melbourne Terrace Restorative Care Center (the "Facility"), as a result of non-payment for pharmaceutical goods and services in the amount of $277,749.50.

If payment in full of $277,749.50 is not received within ten (10) days of the date of this letter, the Pharmacy will have no choice but to initiate litigation. Should the Pharmacy initiate litigation, be aware that its claims are not limited to the above-referenced amount and may include claims for interest, costs, attorneys' fees, and all other appropriate remedies available under applicable law. This does not constitute a full exposition of the Pharmacy's claims and is without limitation. All rights are expressly reserved.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

Robin H. Leavengood

cc: Richard Richow (*via e-mail*)
JoAnn Billman (*via e-mail*)

TPADOCS 18704674 1
100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM



# SHUTTS & BOWEN LLP

ROBIN H. LEAVENGOOD
Member Florida Bar
(813) 227-8115 Direct Telephone
(813) 227-8215 Direct Facsimile

E-MAIL ADDRESS:
RLeavengood@shutts.com

July 9, 2010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Spring Lake NC, LLC d/b/a Spring Lake
Rehabilitation Center
1540 6th Street N.W.
Winter Haven, FL 33881
Attn: Administrator

Re:  Omnicare Pharmacy of Florida, LP / Spring Lake NC, LLC d/b/a Spring Lake
Rehabilitation Center f/k/a Spring Lake Nursing Center
Matter No.: 25963-0618

Dear Administrator:

This law firm represents Omnicare Pharmacy of Florida, LP d/b/a Omnicare of Central Florida, successor by merger to Badger Acquisition of Tampa, LLC d/b/a Bay Pharmacy (the "Pharmacy"), in relation to a debt owed by Spring Lake NC, LLC d/b/a Spring Lake Rehabilitation Center f/k/a Spring Lake Nursing Center (the "Facility"), as a result of non-payment for pharmaceutical goods and services in the amount of $515,554.51.

If payment in full of $515,554.51 is not received within ten (10) days of the date of this letter, the Pharmacy will have no choice but to initiate litigation. Should the Pharmacy initiate litigation, be aware that its claims are not limited to the above-referenced amount and may include claims for interest, costs, attorneys' fees, and all other appropriate remedies available under applicable law. This does not constitute a full exposition of the Pharmacy's claims and is without limitation. All rights are expressly reserved.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

Robin H. Leavengood

cc:  Richard Richow (*via e-mail*)
JoAnn Billman (*via e-mail*)

TPADOCS 18704675 1

100 South Ashley Drive, Suite 1500, Tampa, Florida 33602 • ph 813.229.8900 • fx 813.229.8901 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM