AO 440 (Rev. 12/09) Summons in a Civil Action

# United States District Court

for the

## MIDDLE DISTRICT COURT FLORIDA

### CASE NUMBER: 6:12-CV-560-ORL-22KRS

| | |
|---|---|
| BELLEAIR EAST HCC, LLC d/b/a BELLEAIR HEALTH CARE CENTER; CENTRE POINTE HRC, LLC d/b/a CENTRE POINTE HEALTH & REHABILITATION CENTER; CONWAY LAKES NC, LLC d/b/a CONWAY LAKES REHABILITATION CENTER; DEEP CREEK RNC, LLC d/b/a PORT CHARLOTTE REHABILITATION  CENTER; EAST BAY NC, LLC d/b/a EAST BAY NURSING CENTER; MELBOURNE TERRACE RCC, LLC d/b/a MELBOURNE TERRACE REHABILITATION CENTER; and SPRING LAKE NC, LLC d/b/a SPRING LAKE REHABILITATION CENTER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| v. | ) ) |
| OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP, | ) ) ) |
| Defendants/Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| CLEAR CHOICE HEALTH CARE LLC and SOVEREIGN HEALTHCARE HOLDINGS LLC, | ) ) ) ) |
| Counterclaim Defendants. | ) |
| _____/ | |

## SUMMONS IN A CIVIL ACTION

TO:   SOVEREIGN HEALTHCARE HOLDINGS, LLC, Counterclaim Defendant
NATIONAL CORPORATE RESEARCH, LTD. (Registered Agent)
615 S Dupont Hwy
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a

motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott B. Cosgrove, Esq.
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (305) 377-1666
Facsimile: (305) 377-1664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/24/12

_____
*Signature of Clerk or Deputy Clerk*

# United States District Court
### for the
### MIDDLE DISTRICT COURT FLORIDA

CASE NUMBER: 6:12-CV-560-ORL-22KRS

BELLEAIR EAST HCC, LLC d/b/a )
BELLEAIR HEALTH CARE CENTER; )
CENTRE POINTE HRC, LLC d/b/a )
CENTRE POINTE HEALTH & )
REHABILITATION CENTER; )
CONWAY LAKES NC, LLC d/b/a )
CONWAY LAKES REHABILITATION )
CENTER; DEEP CREEK RNC, LLC )
d/b/a PORT CHARLOTTE )
REHABILITATION  CENTER; EAST )
BAY NC, LLC d/b/a EAST BAY )
NURSING CENTER; MELBOURNE )
TERRACE RCC, LLC d/b/a )
MELBOURNE TERRACE )
REHABILITATION CENTER; and )
SPRING LAKE NC, LLC d/b/a SPRING )
LAKE REHABILITATION CENTER, )
　 )
  Plaintiffs/Counterclaim Defendants, )
v. )
　 )
OMNICARE, INC. and OMNICARE )
PHARMACY OF FLORIDA, LP, )
　 )
  Defendants/Counterclaim Plaintiffs, )
v. )
　 )
CLEAR CHOICE HEALTH CARE LLC )
and SOVEREIGN HEALTHCARE )
HOLDINGS LLC, )
　 )
  Counterclaim Defendants. )
            /

## SUMMONS IN A CIVIL ACTION

TO: CLEAR CHOICE HEALTH CARE, LLC, Counterclaim Defendant
  WILLIAM R. BASSETT (Registered Agent)
  4151 Ashford Dunwoody Rd.
  Suite 503
  Atlanta, GA 30319

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a

motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott B. Cosgrove, Esq.
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:  (305) 377-1666
Facsimile:  (305) 377-1664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/24/12

*Signature of Clerk or Deputy Clerk*