# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:12-CV-560-ORL-22KRS

Plaintiff:
**BELLEAIR EAST HCC, LLC d/b/a BWLLEAIR HEALTH CARE CENTER; et al**

vs.

Defendant:
**OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP**

For:
Scott B. Cosgrove, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131

Received by Miami PSPI, LLC on the 27th day of September, 2012 at 2:49 pm to be served on **SOVEREIGN HEALTHCARE HOLDINGS, LLC, Counterclaim Defendant by serving its Registered Agent, NATIONAL CORPORATE RESEARCH, LTD., 615 Dupont Highway, Dover, DE 19901**

I, Tina Irizarry, do hereby affirm that on the **28th day of September, 2012** at **9:46 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and DEFENDANTS OMNICARE, INC. AND OMNICARE PHARMACY OF FLORIDA, LP'S COMBINED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM** with the date and hour of service endorsed thereon by me, to: **Heather Kanesy** as **Authorized Representative For Registered Agent** for **SOVEREIGN HEALTHCARE HOLDINGS, LLC, Counterclaim Defendant**, at the address of: **615 Dupont Highway, Dover, DE 19901**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: Caucasian, Height: 5'04", Weight: 250, Hair: Blonde, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and the acts stated in it are true. F.S. 92.525(2).

Tina Irizarry
Process Server

Miami PSPI, LLC
**Process Services & Private Investigation**
1325 S.W. 18 Street
Miami, FL 33145
(305) 285-4321
Our Job Serial Number: NAY-2012001692

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5e

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                                      _____*s/Scott B. Cosgrove*_____
                                                                      Scott B. Cosgrove
                                                                       Florida Bar No. 0161365
                                                                       Kasowitz, Benson, Torres & Friedman LLP
                                                                       The Four Season Tower
                                                                       1441 Brickell Avenue, Suite 1420
                                                                       Miami, Florida  33131
                                                                       Telephone:  (305) 377-1666
                                                                       Facsimile:   (305) 377-1664
                                                                       scosgrove@kasowitz.com

                                                        *Attorney for Defendants/Counterclaim Plaintiffs*