UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BELLEAIR EAST HCC, LLC d/b/a BELLEAIR HEALTH CARE CENTER; CENTRE POINTE HRC, LLC d/b/a CENTRE POINTE HEALTH & REHABILITATION CENTER; CONWAY LAKES NC, LLC d/b/a CONWAY LAKES REHABILITATION CENTER; DEEP CREEK RNC, LLC d/b/a PORT CHARLOTTE REHABILITATION CENTER; EAST BAY NC, LLC d/b/a EAST BAY NURSING CENTER; MELBOURNE TERRACE RCC, LLC d/b/a MELBOURNE TERRACE REHABILITATION CENTER; and SPRING LAKE NC, LLC d/b/a SPRING LAKE REHABILITATION CENTER,

    Plaintiffs/Counterclaim Defendants,

v.

OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP,

    Defendants/Counterclaim Plaintiffs,

v.

CLEAR CHOICE HEALTH CARE LLC and SOVEREIGN HEALTHCARE HOLDINGS LLC,

    Counterclaim Defendants.
_____/

Case No.: 6:12-CV-560-ORL-22KRS

**AFFIRMATION OF SERVICE**

    1.    I, Scott B. Cosgrove, am a partner at Kasowitz, Benson, Torres & Friedman LLP, attorneys for Defendants/Counterclaim Plaintiffs Omnicare, Inc. and Omnicare Pharmacy of Florida, LP herein and duly admitted to practice before the courts of the Middle District of Florida. I hereby affirm under penalty of perjury that

2

      2.      Clear Choice Health Care LLC was served with a summons, counterclaim, Composite Exhibit A, and Composite Exhibit B, pursuant to agreement between counsel, by email sent to Janice Merrill, Esq. at [jmerrill@mdwcg.com](mailto:jmerrill@mdwcg.com) on September 27, 2012.

      3.      On September 27, 2012, Janice Merrill confirmed via email that she accepted such service on behalf of Clear Choice Health Care LLC.

Dated: October 11, 2012
       Miami, Florida

                                  *s/Scott B. Cosgrove*
                                  Scott B. Cosgrove

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

               *s/Scott B. Cosgrove*
               Scott B. Cosgrove
               Florida Bar No. 0161365
               Kasowitz, Benson, Torres & Friedman LLP
               The Four Season Tower
               1441 Brickell Avenue, Suite 1420
               Miami, Florida  33131
               Telephone:  (305) 377-1666
               Facsimile:   (305) 377-1664
               scosgrove@kasowitz.com

               *Attorney for Defendants/Counterclaim Plaintiffs*