UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:12-CV-560-ORL-22KRS

BELLEAIR EAST HCC, LLC d/b/a BELLEAIR
HEALTH CARE CENTER; CENTRE POINTE
HRC, LLC d/b/a CENTRE POINTE
HEALTH & REHABILITATION CENTER;
CONWAY LAKES NC, LLC d/b/a CONWAY
LAKES REHABILITATION CENTER; DEEP
CREEK RNC, LLC d/b/a PORT CHARLOTTE
REHABILITATION CENTER; EAST BAY NC, LLC
d/b/a EAST BAY NURSING CENTER; MELBOURNE
TERRACE RCC, LLC d/b/a MELBOURNE
TERRACE REHABILITATION CENTER; and
SPRING LAKE NC, LLC d/b/a SPRING LAKE
REHABILITATION CENTER,

    Plaintiffs/Counterclaim Defendants,

v.

OMNICARE, INC. and OMNICARE PHARMACY OF
FLORIDA, LP,

    Defendants/Counterclaim Plaintiffs,

v.

CLEAR CHOICE HEALTH CARE, LLC and
SOVEREIGN HEALTHCARE HOLDINGS, LLC,

    Counterclaim Defendants.
_____/

## PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COUNTERCLAIM

Plaintiffs and Counterclaim Defendants, BELLEAIR EAST, HCC, LLC d/b/a BELLEAIR HEALTH CARE CENTER; CENTRE POINTE HRC, LLC d/b/a CENTRE

1

POINTE HEALTH & REHABILITATION CENTER; CONWAY LAKES NC, LLC d/b/a CONWAY LAKES REHABILITATION CENTER; DEEP CREEK RNC, LLC d/b/a PORT CHARLOTTE REHABILITATION CENTER; EAST BAY NC, LLC d/b/a EAST BAY NURSING CENTER; MELBOURNE TERRACE RCC, LLC d/b/a MELBOURNE TERRACE REHABILITATION CENTER; and SPRING LAKE NC, LLC d/b/a SPRING LAKE REHABILITATION CENTER (collectively "Plaintiffs") and Counterclaim Defendant, CLEAR CHOICE HEALTH CARE, LLC ("Clear Choice"), by and through their counsel, Marshall, Dennehey, Warner, Coleman & Goggin, move for an enlargement of time to file their response to the counterclaims of Defendants/Counterclaim Plaintiffs, OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP ("Omnicare"). In support of the motion, Plaintiffs and Clear Choice state as follows:

1. On April 12, 2012, Plaintiffs commenced the above-captioned action and filed a four-count complaint alleging breach of contract, unjust enrichment, fraud and violation of the Florida Deceptive and Unfair Trade Practices Act.

2. On September 20, 2012, Omnicare filed its combined answer, affirmative defenses and counterclaims, in which Omnicare filed counterclaims against Plaintiffs, Clear Choice and Sovereign Healthcare Holdings, LLC.

3. Given the nature of the claims asserted and the inclusion of Clear Choice and Sovereign Healthcare Holdings, LLC as defendants, counsel for Plaintiffs and Clear Choice, requests a two (2) week extension through and including October 25, 2012 within which to answer or otherwise respond to the counterclaims.

4. On October 10, 2012, counsel for Plaintiffs and Clear Choice consulted with Emilie B. Cooper, counsel for Omnicare, regarding the requested extension. Ms. Cooper informed counsel for Plaintiffs and Clear Choice that she had no objection to the requested extension.

5. This motion is made in good faith and not for the purpose of delay.

6. A proposed order granting Plaintiffs' and Clear Choice's requested relief is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs and Clear Choice Healthcare, LLC respectfully request that the court enter an order enlarging the time for it to answer or otherwise respond to the counterclaims through and including Thursday, October 25, 2012.

## GOOD FAITH CERTIFICATION

The undersigned counsel certifies that counsel for Plaintiffs and Clear Choice Healthcare, LLC conferred in good faith with Omnicare's counsel and Omnicare's counsel has no objection to the relief requested in this motion. The undersigned counsel hereby further certifies that this motion is not being interposed for the purpose of delay.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the United States District Court Middle District of Florida via CM/ECF this 11th day of October, 2012 which provided notice to: Scott B. Cosgrove, Kasowitz, Benson, Torres & Friedman, LLP, The Four Seasons Tower, 1441 Brickell Avenue, Suite 1420, Miami, FL 33131.

*/s/ Janice L. Merrill*
JANICE L. MERRILL
Florida Bar No.: 0124257
Jlmerrill@mdwcg.com
MARSHALL, DENNEHEY, WARNER, COLEMAN, & GOGGIN
A Professional Corporation
Landmark Center One
315 E. Robinson Street, Suite 550
Orlando, FL 32801-2719
Telephone:  407-420-4380
Telecopier:  407-839-3008
Attorney for Plaintiffs and Clear Choice Healthcare, LLC

21/500243.v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:12-CV-560-ORL-22KRS

BELLEAIR EAST HCC, LLC d/b/a BELLEAIR
HEALTH CARE CENTER; CENTRE POINTE
HRC, LLC d/b/a CENTRE POINTE
HEALTH & REHABILITATION CENTER;
CONWAY LAKES NC, LLC d/b/a CONWAY
LAKES REHABILITATION CENTER; DEEP
CREEK RNC, LLC d/b/a PORT CHARLOTTE
REHABILITATION CENTER; EAST BAY NC, LLC
d/b/a EAST BAY NURSING CENTER; MELBOURNE
TERRACE RCC, LLC d/b/a MELBOURNE
TERRACE REHABILITATION CENTER; and
SPRING LAKE NC, LLC d/b/a SPRING LAKE
REHABILITATION CENTER,

    Plaintiffs/Counterclaim Defendants,

v.

OMNICARE, INC. and OMNICARE PHARMACY OF
FLORIDA, LP,

    Defendants/Counterclaim Plaintiffs,

v.

CLEAR CHOICE HEALTH CARE, LLC and
SOVEREIGN HEALTHCARE HOLDINGS, LLC,

    Counterclaim Defendants.
_____/

## ORDER GRANTING PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' AND CLEAR CHOICE HEALTH CARE, LLC, MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COUNTERCLAIM

THIS CAUSE came before the Court upon the Motion by Plaintiffs and Counterclaim Defendants, BELLEAIR EAST, HCC, LLC d/b/a BELLEAIR HEALTH

1

CARE CENTER; CENTRE POINTE HRC, LLC d/b/a CENTRE POINTE HEALTH & REHABILITATION CENTER; CONWAY LAKES NC, LLC d/b/a CONWAY LAKES REHABILITATION CENTER; DEEP CREEK RNC, LLC d/b/a PORT CHARLOTTE REHABILITATION CENTER; EAST BAY NC, LLC d/b/a EAST BAY NURSING CENTER; MELBOURNE TERRACE RCC, LLC d/b/a MELBOURNE TERRACE REHABILITATION CENTER; and SPRING LAKE NC, LLC d/b/a SPRING LAKE REHABILITATION CENTER (collectively "Plaintiff") AND CLEAR CHOICE HEALTH CARE, LLC's, for Enlargement of Time to File a Response to Counterclaim filed by Defendants/Counter Plaintiffs, OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP (the "Motion"). The Court, having reviewed the Motion and being otherwise duly advised in the premises, hereby:

**ORDERS AND ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. Plaintiffs and Clear Choice Health Care, LLC have through and including October 25, 2012, in which to answer or otherwise respond to the counterclaims.

**DONE AND ORDERED** in Chambers at Orlando Division, Florida this _____ day of October, 2012.

_____
THE HONORABLE ANNE C. CONWAY
MIDDLE DISTRICT COURT JUDGE

Copies furnished to:
Scott Cosgrove
Janice L. Merrill

21/500246.v1

2