**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC, SPRING LAKE NC, LLC,**

**Plaintiffs,**

**-vs-**            Case No. **6:12-cv-560-Orl-22KRS**

**OMNICARE, INC., OMNICARE PHARMACY OF FLORIDA, LP,**

**Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COUNTERCLAIM (Doc. No. 22)**
>
> **FILED:**    **October 11, 2012**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs shall have up to and including October 25, 2012 within which to answer or otherwise respond to the counterclaims.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE