UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BELLEAIR EAST HCC, LLC d/b/a BELLEAIR )
HEALTH CARE CENTER; CENTRE POINTE )
HRC, LLC d/b/a CENTRE POINTE HEALTH & )
REHABILITATION CENTER; CONWAY LAKES )
NC, LLC d/b/a CONWAY LAKES REHABILITATION )
CENTER; DEEP CREEK RNC, LLC d/b/a PORT )
CHARLOTTE REHABILITATION CENTER; EAST )
BAY NC, LLC d/b/a EAST BAY NURSING CENTER; )
MELBOURNE TERRACE RCC, LLC d/b/a )
MELBOURNE TERRACE REHABILITATION )
CENTER; and SPRING LAKE NC, LLC d/b/a SPRING )
LAKE REHABILITATION CENTER, )
  )
   Plaintiffs/Counterclaim Defendants, ) Case No.: 6:12-CV-560-ORL-2KRS
  )
v. )
  )
OMNICARE, INC. and OMNICARE PHARMACY OF )
FLORIDA, LP, )
  )
   Defendants/Counterclaim Plaintiffs, )
  )
v. )
  )
CLEAR CHOICE HEALTH CARE, LLC and )
SOVEREIGN HEALTHCARE HOLDINGS, LLC, )
  )
   Counterclaim Defendants. )
_____)

## COUNTERCLAIM DEFENDANT SOVEREIGN HEALTHCARE HOLDINGS, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COUNTERCLAIM

Counterclaim Defendant SOVEREIGN HEALTHCARE HOLDINGS, LLC ("Sovereign") hereby moves for an enlargement of time to file their response to the counterclaims of Defendants/Counterclaim Plaintiffs, OMNICARE, INC. and OMNICARE

1017024.1

PHARMACY OF FLORIDA, LP (collectively, "Omnicare"). In support of the motion, Plaintiffs and Clear Choice state as follows:

1. On April 12, 2012, Plaintiffs commenced the above-captioned action. At that time, Sovereign was not a named Defendant and was not party to this action.

2. On September 20, 2012, Omnicare filed its combined answer, affirmative defenses and counterclaims, in which Omnicare filed counterclaims against Plaintiffs, Clear Choice and Sovereign. Sovereign received service of this counterclaim and a summons (and thus first became a party to this case) on September 28, 2012.

3. On October 11, 2012, all Counterclaim defendants other than Sovereign filed a consent motion to extend their time to respond to the Counterclaim by two weeks. [Dkt. No. 22]. On October 15, 2012, the Court granted that motion.

4. Sovereign has retained the undersigned Georgia-based counsel and local counsel for representation in this matter, but with limited time to become familiar with all pleadings. Because the other Counterclaim Defendants have already been granted an extension, and in order for Sovereign to familiarize itself with the claims in this case to which it has recently been added as a party, Sovereign also requests a two (2) week extension through and including November 1, 2012 within which to answer or otherwise respond to the counterclaims.

5. On October 17, 2012, counsel for Sovereign consulted with Emilie B. Cooper, counsel for Defendants/Counterclaim Plaintiff Omnicare, and Janice L. Merrill, counsel for Plaintiffs and all Counterclaim Defendants other than Sovereign, regarding the requested extension. Ms. Cooper and Ms. Merrill informed counsel for Sovereign that none of the other parties to this action object to the requested extension.

6. This motion is made in good faith and not for the purpose of delay.

2

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
255 S. ORANGE AVENUE, SUITE 900, ORLANDO, FLORIDA 32801 ♦ TEL: (407) 872-6011

7.  A proposed order granting Plaintiffs' and Clear Choice's requested relief is attached hereto as Exhibit A.

WHEREFORE, Counterclaim Defendant Sovereign Healthcare Holdings, LLC respectfully requests that the court enter an order enlarging the time for it to answer or otherwise respond to the counterclaims through and including Thursday, November 1, 2012.

## GOOD FAITH CERTIFICATION

The undersigned counsel certifies that counsel for Sovereign conferred in good faith with counsel for all other parties, and all other parties confirmed that they have no objection to the relief requested in this motion. The undersigned counsel hereby further certifies that this motion is not being interposed for the purpose of delay.

This 18th day of October, 2012.

Respectfully submitted,

FBN: 0084289
por

ROBIN N. KHANAL, ESQUIRE
Florida Bar No.: 0571032
rkhanal@qpwblaw.com
255 S. Orange Ave., Suite 900
Orlando, Florida 32801
Tel: (407) 872-6011
Fax: (407) 872-6012
Attorneys for Counterclaim-Defendant
Sovereign Healthcare Holdings, LLC


/s/ Christopher T. Giovinazzo
Christopher T. Giovinazzo
Georgia Bar No. 142165
*Pro Hac Vice Application to Be Filed*
giovinazzo@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center

1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Counterclaim-Defendant
Sovereign Healthcare Holdings, LLC

4

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
255 S. ORANGE AVENUE, SUITE 900, ORLANDO, FLORIDA 32801 ♦ TEL: (407) 872-6011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the United States District Court Middle District of Florida via CM/ECF this 18th day of October, 2012 which provided notice to:

Scott B. Cosgrove,
Kasowitz, Benson, Torres & Friedman, LLP
The Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131

Janice L. Merrill
Marshall, Dennehey, Warner, Coleman, & Goggin
A Professional Corporation
Landmark Center One
315 E. Robinson Street, Suite 550
Orlando, Florida 32801-2719

This 18th day of October, 2012.

ROBIN N. KHANAL, ESQUIRE
Florida Bar No.: 0571032

# Exhibit A

6

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
255 S. ORANGE AVENUE, SUITE 900, ORLANDO, FLORIDA 32801 ♦ TEL: (407) 872-6011

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BELLEAIR EAST HCC, LLC d/b/a BELLEAIR HEALTH CARE CENTER; CENTRE POINTE HRC, LLC d/b/a CENTRE POINTE HEALTH & REHABILITATION CENTER; CONWAY LAKES NC, LLC d/b/a CONWAY LAKES REHABILITATION CENTER; DEEP CREEK RNC, LLC d/b/a PORT CHARLOTTE REHABILITATION CENTER; EAST BAY NC, LLC d/b/a EAST BAY NURSING CENTER; MELBOURNE TERRACE RCC, LLC d/b/a MELBOURNE TERRACE REHABILITATION CENTER; and SPRING LAKE NC, LLC d/b/a SPRING LAKE REHABILITATION CENTER, | |
| Plaintiffs/Counterclaim Defendants, | Case No.: 6:12-CV-560-ORL-2KRS |
| v. | |
| OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP, | |
| Defendants/Counterclaim Plaintiffs, | |
| v. | |
| CLEAR CHOICE HEALTH CARE, LLC and SOVEREIGN HEALTHCARE HOLDINGS, LLC, | |
| Counterclaim Defendants. | |

**ORDER GRANTING COUNTERCLAIM DEFENDANT SOVEREIGN HEALTHCARE HOLDINGS, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COUNTERCLAIM**

This matter is before the Court on the Unopposed Motion by Counterclaim Defendant SOVEREIGN HEALTHCARE HOLDINGS, LLC ("Sovereign") for an enlargement of time to file their response to the counterclaims of Defendants/Counterclaim Plaintiffs, OMNICARE,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A., ATTORNEYS AT LAW
255 S. ORANGE AVENUE, SUITE 900, ORLANDO, FLORIDA 32801 ♦ TEL: (407) 872-6011

INC. and OMNICARE PHARMACY OF FLORIDA, LP (collectively, "Omnicare"). The Court, having reviewed the Motion and being otherwise duly advised in the premises, hereby:

**ORDERS AND ADJUDGES** as follows:

1. The Motion is **GRANTED.**

2. Counterclaim Defendant Sovereign Healthcare Holdings, LLC has through and including November 1, 2012, in which to answer or otherwise respond to the counterclaim.

This _____ of October, 2012

_____
THE HONORABLE ANNE C. CONWAY
MIDDLE DISTRICT OF FLORIDA