**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC, SPRING LAKE NC, LLC,**

           **Plaintiffs,**

-vs-                                  Case No. 6:12-cv-560-Orl-22KRS

**OMNICARE, INC., OMNICARE PHARMACY OF FLORIDA, LP,**

           **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** COUNTERCLAIM DEFENDANT SOVEREIGN HEALTHCARE HOLDINGS, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COUNTERCLAIM (Doc. No. 24)
>
> **FILED:** October 18, 2012
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Sovereign Healthcare Holding, LLC., shall have up to and including November 1, 2012 within which to answer or otherwise respond to the counterclaim.

**DONE** and **ORDERED** in Orlando, Florida on October 18, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE