**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BELLEAIR EAST HCC, LLC, CENTRE
POINTE HRC, LLC, CONWAY LAKES
NC, LLC, DEEP CREEK RNC, LLC,
EAST BAY NC, LLC, MELBOURNE
TERRACE RCC, LLC and SPRING
LAKE NC, LLC,

    Plaintiffs,

v.              Case No: 6:12-cv-560-Orl-22KRS

OMNICARE, INC. and OMNICARE
PHARMACY OF FLORIDA, LP,

    Defendants.

**ORDER**

The Plaintiff is directed to show cause by a written response filed within fourteen days why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05, and shall file the Case Management Report. Failure to respond may result in dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 29, 2012.

_____
ANNE C. CONWAY
United States District Judge