# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BELLEAIR EAST HCC, LLC, CENTRE
POINTE HRC, LLC, CONWAY LAKES
NC, LLC, DEEP CREEK RNC, LLC,
EAST BAY NC, LLC, MELBOURNE
TERRACE RCC, LLC and SPRING
LAKE NC, LLC,

      Plaintiffs,

v.                                                                    Case No: 6:12-cv-560-Orl-22KRS

OMNICARE, INC. and OMNICARE
PHARMACY OF FLORIDA, LP,

      Defendants.

_____

## RELATED CASE ORDER, INTERESTED PERSONS ORDER, AND ORDER REQUIRING ELECTRONIC FILING DIRECTED TO SOVEREIGN HEALTHCARE HOLDINGS LLC

**RELATED CASE ORDER:** No later than **November 15, 2012**, counsel for Defendant shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The Defendant(s) shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.

**INTERESTED PERSONS ORDER:** This Court makes an active effort to screen every case in order to identify parties and interested corporations in which any assigned Judge may be a shareholder, as well as for other matters that might require consideration of recusal. Counsel is advised that the Judge holds stock in Berkshire Hathaway Inc. It is the duty of

Counsel to determine if any subsidiaries or stock ownership by Berkshire Hathaway Inc. requires recusal of the Judge.

Accordingly, no later than **November 15, 2012**, **Defendant shall file and serve** a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT utilizing the attached form.

No party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.  A motion, memorandum, response, or other paper — including emergency motion — may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

Each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within eleven days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

In order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case — including the names of all parties and intervenors — on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b) ("*et al.*" discouraged).

**ORDER REQUIRING ELECTRONIC FILING:**   All attorneys appearing before this court are **required** to register for CM/ECF docketing **within 15 days** of their entry of

appearance in any action pending before this Court.  Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they **are to request their password** from the Court.  (**NOTE:**  **Pro Se parties are exempt from the electronic filing requirement.**)

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2012.

ANNE C. CONWAY
Anne C. Conway
Chief United States District Judge

Attachments:   Notice of Pendency of Other Actions [mandatory form]
Certificate of Interested Persons Order and Corporate Disclosure Statement

Copies to:   All Counsel of Record
All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC and SPRING LAKE NC, LLC,**

        **Plaintiffs,**

**v.**                              **Case No: 6:12-cv-560-Orl-22KRS**

**OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP,**

        **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)   the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   [insert list]

2.)   the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:


   [insert list]

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   [insert list]

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:


   [insert list]

   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.


[Date]                                                           _____
                                                                 [Counsel of Record or Pro Se Party]
                                                                    [Address and Telephone]
[Certificate of Service]



## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA

October 24, 2008

Dear Counsel:

Enclosed with this letter is a communication from the Clerk of this Court affording you the opportunity, with the approval of the U.S. District Judge, to consent to the reference of any part or all of the proceedings in this case to a U.S. Magistrate Judge, including reference for final disposition.

Careful consideration should be given to this option.

To assist the federal courts in coping with dramatically increased caseloads. Congress authorized the reference to a U.S. Magistrate Judge of any part or all of the proceedings in a civil case, both jury and non-jury, upon consent of all parties (28 U.S.C. § 636[c]). All of the U.S. District Judges in this District refer cases under this provision to our able and experienced U.S. Magistrate Judges who are almost always able to schedule early and firm trial dates, in accordance with the needs of the parties.

Whether to consent to a reference to a U.S. Magistrate Judge is entirely up to you and your client. This case has not been specifically selected for this program; the Clerk sends out this notice in every civil case. If a party declines to consent to a reference, that fact is known only to the Clerk and not to any of the District or Magistrate Judges.

This program has proved to be of great benefit to counsel, client, and the Court.

Sincerely yours,

Hon. Anne C. Conway, Chief Judge  
Hon. John E. Steele  
Hon. Elizabeth A. Kovachevich  
Hon. James S. Moody, Jr.  
Hon. Steven D. Merryday  
Hon. Gregory A. Presnell  
Hon. Henry Lee Adams, Jr.  
Hon. Timothy J. Corrigan  
Hon. Richard A. Lazzara  
Hon. Virginia M. Hernandez Covington  
Hon. James D. Whittemore  
Hon. Marcia Morales Howard  
Hon. John Antoon, II  
Hon. Mary S. Scriven

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC and SPRING LAKE NC, LLC,**

        **Plaintiffs,**

**v.**                                                                                     **Case No:  6:12-cv-560-Orl-22KRS**

**OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP,**

        **Defendants.**

_____

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*.  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only  if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case,

*Consent to a magistrate judge's authority*.  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### REFERENCE ORDER

IT IS **ORDERED** that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73..

_____                                                _____
           DATE                                                                               UNITED STATES DISTRICT JUDGE

**NOTE:**    RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.  DO NOT RETURN THIS FORM TO A JUDGE.

AO85A (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC and SPRING LAKE NC, LLC,
      Plaintiffs,

v.                                              Case No:  6:12-cv-560-Orl-22KRS

OMNICARE, INC. and OMNICARE PHARMACY OF FLORIDA, LP,
      Defendants.

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below. (*identify each motion by document number and title*).

**MOTION(S)**

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**REFERENCE ORDER**

**IT IS ORDERED:**   The motions are referred to the United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

| DATE | UNITED STATES DISTRICT JUDGE |
|---|---|

NOTE:  RETURN THIS FORM TO THE CLERK OF COURT **ONLY IF** YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.