UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BELLEAIR EAST HCC, LLC, CENTRE POINTE HRC, LLC, CONWAY LAKES NC, LLC, DEEP CREEK RNC, LLC, EAST BAY NC, LLC, MELBOURNE TERRACE RCC, LLC and SPRING LAKE NC, LLC,**

   Plaintiffs/ Counterclaim Defendants,

v.   Case No: 6:12-cv-560-Orl-22KRS

**OMNICARE, INC., OMNICARE PHARMACY OF FLORIDA, LP,**

   Defendants/ Counterclaim Plaintiffs,

v.

**CLEAR CHOICE HEALTH CARE, LLC, SOVEREIGN HEALTHCARE HOLDINGS, LLC,**

   Counterclaim Defendants.

---

**ORDER OF DISMISSAL**

The Court has been advised by the Plaintiff that the above-styled action has been settled (Doc. No. 61). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

- 2 -

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 22, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record