UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:12-CV-560-ORL-22KRS

BELLEAIR EAST HCC, LLC D/B/A BELLEAIR
HEALTH CARE CENTER; CENTRE POINTE HRC, LLC
D/B/A CENTRE POINTE HEALTH &
REHABILITATION CENTER; CONWAY LAKES NC, LLC
D/B/A CONWAY LAKES REHABILITATION CENTER;
DEEP CREEK RNC, LLC D/B/A PORT
CHARLOTTE REHABILITATION CENTER; EAST
BAY NC, LLC D/B/A EAST BAY NURSING
CENTER; MELBOURNE TERRACE RCC, LLC D/B/A
MELBOURNE TERRACE REHABILITATION CENTER;
AND SPRING LAKE NC, LLC D/B/A SPRING LAKE
REHABILITATION CENTER,

    Plaintiffs/Counter Claim Defendants,

v.

OMNICARE, INC., and OMNICARE PHARMACY OF
FLORIDA, LP,

    Defendant/Counterclaim Plaintiffs,

v.

CLEAR CHOICE HEALTH CARE, LLC and
SOVEREIGN HEALTHCARE HOLDINGS, LLC,

    Counterclaim Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that Plaintiffs' claims against Omnicare, Inc. and Omnicare Pharmacy of Florida, L.P., and Defendant/Counterclaim Plaintiffs' claims against Plaintiffs and Counterclaim

Defendants are dismissed with prejudice, with each side to bear its own attorney's fees and costs.

Dated: July 11, 2013

Respectfully submitted,

By: _____
JANICE L. MERRILL
Florida Bar No. 0124257
MARSHALL, DENNEHEY, WARNER,
COLEMAN, & GOGGIN
A Professional Corporation
Landmark Center One
315 E. Robinson Street, Suite 550
Orlando, FL 32801-2719
Telephone:   407-420-4380
Attorney for Plaintiffs/Counterclaim
Defendants

By: _____
ANN M. ST. PETER-GRIFFITH
Florida Bar No.: 33154
Kasowitz, Benson, Torres & Friedman
The Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: 305-377-1666
Attorney for Defendants/Counterclaim
Plaintiffs

By: _____
CHRISTOPHER GIOVINAZZO
Bondurant, Mixson & Elmore
3900 One Atlantic Center
1201 West Peachtree Street N.W.
Atlanta, Georgia 30309
Telephone: 404-881-4100
Attorney for Sovereign Healthcare Holdings

By: _____
ROBIN H. KHANAL
Florida Bar No.: 571032
Quintairos, Prieto, Wood & Boyer
255 S. Orange Avenue, Suite 900
Orlando, Florida 32801
Telephone: 407-872-6011
Attorney for Sovereign Healthcare Holdings

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel via the Court's ECF system on this the 22nd date of July, 2013.

_____
JANICE L. MERRILL

21/587207.v1

3